# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>DENNIS E. NORD AND DINA NORD<br>  Debtors | Case No. 21-10004-amc |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5,<br>  Movant | Chapter 13 |
| vs.<br>DENNIS E. NORD AND DINA NORD<br>  Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on December 11, 2023.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail
DENNIS E. NORD
2323 ROMA DRIVE
PHILADELPHIA, PA 19145

DINA NORD
2323 ROMA DRIVE
PHILADELPHIA, PA 19145

Service by Electronic Notification
MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

This is the 11th day of December, 2023.

>*/s/Andrew Spivack*
>Andrew Spivack, PA Bar No. 84439
>Matthew Fissel, PA Bar No. 314567
>Mario Hanyon, PA Bar No. 203993
>Ryan Starks, PA Bar No. 330002
>Jay Jones, PA Bar No. 86657
>Attorney for Creditor
>BROCK & SCOTT, PLLC
>3825 Forrestgate Drive
>Winston Salem, NC 27103
>Telephone: (844) 856-6646
>Facsimile: (704) 369-0760
>E-Mail: PABKR@brockandscott.com