| Name: | Dennis E Nord | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 21-10004 | | | | |
| Filing Date: | 1/4/2021 | | | | |
| First Post Due: | 2/1/2021 | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
|  | 2/9/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 2/1/2021 | 2/10/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 3/8/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 3/1/2021 | 3/9/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 4/15/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 4/1/2021 | 4/16/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 5/11/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 5/1/2021 | 5/12/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 6/18/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 6/1/2021 | 6/21/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 8/11/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 7/1/2021 | 8/12/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 9/15/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 8/1/2021 | 9/16/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 10/1/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 9/1/2021 | 10/4/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 11/1/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 10/1/2021 | 11/2/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 12/1/2021 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 11/1/2021 | 12/2/2021 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 1/4/2022 | $ 753.42 | $ - | $ 753.42 | $ 753.42 |
| 12/1/2021 | 1/5/2022 | $ - | $ 753.42 | $ (753.42) | $ - |
|  | 2/4/2022 | $ 781.00 | $ - | $ 781.00 | $ 781.00 |
| 1/1/2022 | 2/7/2022 | $ - | $ 753.42 | $ (753.42) | $ 27.58 |
|  | 3/3/2022 | $ 753.42 | $ - | $ 753.42 | $ 781.00 |
| 2/1/2022 | 3/4/2022 | $ - | $ 753.42 | $ (753.42) | $ 27.58 |
|  | 4/8/2022 | $ 753.42 | $ - | $ 753.42 | $ 781.00 |
|  | 5/6/2022 | $ 753.42 | $ - | $ 753.42 | $ 1,534.42 |
| 3/1/2022 | 5/9/2022 | $ - | $ 785.82 | $ (785.82) | $ 748.60 |
|  | 6/3/2022 | $ 785.82 | $ - | $ 785.82 | $ 1,534.42 |
| 4/1/2022 | 6/6/2022 | $ - | $ 785.82 | $ (785.82) | $ 748.60 |
|  | 7/5/2022 | $ 785.82 | $ - | $ 785.82 | $ 1,534.42 |
| 5/1/2022 | 7/6/2022 | $ - | $ 785.82 | $ (785.82) | $ 748.60 |
|  | 8/8/2022 | $ 786.00 | $ - | $ 786.00 | $ 1,534.60 |
| 6/1/2022 | 8/9/2022 | $ - | $ 785.82 | $ (785.82) | $ 748.78 |
|  | 9/7/2022 | $ 786.00 | $ - | $ 786.00 | $ 1,534.78 |
| 7/1/2022 | 9/8/2022 | $ - | $ 785.82 | $ (785.82) | $ 748.96 |
|  | 10/3/2022 | $ 786.00 | $ - | $ 786.00 | $ 1,534.96 |
| 8/1/2022 | 10/4/2022 | $ - | $ 785.82 | $ (785.82) | $ 749.14 |
|  | 11/7/2022 | $ 786.00 | $ - | $ 786.00 | $ 1,535.14 |
| 9/1/2022 | 11/8/2022 | $ - | $ 785.82 | $ (785.82) | $ 749.32 |
|  | 12/5/2022 | $ 786.00 | $ - | $ 786.00 | $ 1,535.32 |
| 10/1/2022 | 12/6/2022 | $ - | $ 785.82 | $ (785.82) | $ 749.50 |
|  | 1/9/2023 | $ 786.00 | $ - | $ 786.00 | $ 1,535.50 |
| 11/1/2022 | 1/10/2023 | $ - | $ 785.82 | $ (785.82) | $ 749.68 |
|  | 2/7/2023 | $ 786.00 | $ - | $ 786.00 | $ 1,535.68 |
| 12/1/2022 | 2/8/2023 | $ - | $ 785.82 | $ (785.82) | $ 749.86 |
|  | 3/6/2023 | $ 786.00 | $ - | $ 786.00 | $ 1,535.86 |
| 1/1/2023 | 3/7/2023 | $ - | $ 785.82 | $ (785.82) | $ 750.04 |
|  | 4/10/2023 | $ 786.00 | $ - | $ 786.00 | $ 1,536.04 |
| 2/1/2023 | 4/11/2023 | $ - | $ 785.82 | $ (785.82) | $ 750.22 |
|  | 5/9/2023 | $ 786.00 | $ - | $ 786.00 | $ 1,536.22 |
| 3/1/2023 | 5/10/2023 | $ - | $ 760.33 | $ (760.33) | $ 775.89 |
| 4/1/2023 | 5/11/2023 | $ - | $ 760.33 | $ (760.33) | $ 15.56 |
|  | 6/5/2023 | $ 786.00 | $ - | $ 786.00 | $ 801.56 |
| 5/1/2023 | 6/6/2023 | $ - | $ 760.33 | $ (760.33) | $ 41.23 |
|  | 7/12/2023 | $ 786.00 | $ - | $ 786.00 | $ 827.23 |
| 6/1/2023 | 7/13/2023 | $ - | $ 760.33 | $ (760.33) | $ 66.90 |
|  | 8/8/2023 | $ 786.00 | $ - | $ 786.00 | $ 852.90 |
| 7/1/2023 | 8/9/2023 | $ - | $ 760.33 | $ (760.33) | $ 92.57 |
|  | 9/6/2023 | $ 786.00 | $ - | $ 786.00 | $ 878.57 |
| 8/1/2023 | 9/8/2023 | $ - | $ 760.33 | $ (760.33) | $ 118.24 |

| Name: | Dennis E Nord | | | |
|---|---|---|---|---|
| BK Case Number: | 21-10004 | | | |
| Filing Date: | 1/4/2021 | | | |
| Due Date | Total Payment | P&I | Escrow | NOPC Filed Date |
| 9/1/2023 | $ 760.33 | $ 503.58 | $ 256.75 | |
| 10/1/2023 | $ 760.33 | $ 503.58 | $ 256.75 | |
| 11/1/2023 | $ 760.33 | $ 503.58 | $ 256.75 | |
| | $ - | | | |
| **Total Due** | **$ 2,280.99** | **$1,510.74** | **$770.25** | |