**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| DENNIS E. NORD | : | Bankruptcy No. 21-10004-amc |
| DINA NORD, | | |
| Debtor | : | Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| DENNIS E. NORD | : | 11 U.S.C. §362 |
| DINA NORD | | |
| and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5'S MOTION FOR RELIEF FROM STAY (DE 148)**

The undersigned hereby certifies that, as of January 2, 2024, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before December 11, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: January 3, 2024           Respectfully submitted,

                                 Brock & Scott, PLLC

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| DENNIS E. NORD | : | Bankruptcy No. 21-10004-amc |
| DINA NORD, | | |
| Debtor | : | Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| DENNIS E. NORD | : | 11 U.S.C. §362 |
| DINA NORD | | |
| and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on January 5, 2024 to the following:

DENNIS E. NORD
2323 ROMA DRIVE
PHILADELPHIA, PA 19145

DINA NORD
2323 ROMA DRIVE
PHILADELPHIA, PA 19145

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com

KENNETH E. WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee

Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

                                                        */s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com