# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER  13 |
| | : | |
| **DENNIS E. NORD and DINA NORD** | : | NO. 21-10004 AMC |

### O R D E R

**AND NOW,** this ____ day of _____, 2024, upon consideration of the Certificate of Counsel of Default from a Stipulation in Lieu of Objections to Amended Chapter 13 Plan filed by counsel for Siena Place Community Association, and any response thereto:

1. Consistent with paragraph 6 of the Stipulation, Siena Place Community Association is hereby granted relief from the automatic stay pursuant to 11 U.S.C. §362(d), and may exercise its state law rights to enforce its lien against g the real estate known as and located at 2323 Roma Drive, Philadelphia, PA 19145.

2. In addition, pursuant 11 U.S.C. §523(a)(16), the Association may institute proceedings to secure a Judgment for fees or assessments which became due and payable after the Order for Relief in the above-referenced case.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge

COPIES TO:

Michael A. Cataldo, Esquire
Cibik & Catlado, PC
1500 Walnut Street; Suite 900
Philadelphia, PA  19102

Dennis E. Nord and Dina Nord
2323 Roma Drive
Philadelphia, PA  19145

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street; Suite 320
Philadelphia, PA  19107

Kenneth E. West, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105

Elliot H. Berton, Esquire
Gawthrop Greenwood, PC
1273 Lancaster Avenue
Berwyn, PA  19312