# EXHIBIT "B"



**Gawthrop Greenwood, PC**
*Attorneys at Law*

1273 Lancaster Avenue | p. 610.889.0700
Berwyn, PA 19312 | www.gawthrop.com

**Elliot H. Berton, Esquire**
610.889.0700
610.993.0498 fax
eberton@gawthrop.com

December 20, 2023

Mr. Dennis E. Nord
Ms. Dina Nord
2323 Roma Drive
Philadelphia, PA 19145

      Re:    Dennis E. Nord and Dina Nord
                Bankruptcy Case No. 21-10004

Dear Mr. and Ms. Nord:

      As you may recall, we represent Siena Place Community Association (the "Association") in the above-referenced Bankruptcy case.

      Pursuant to a Stipulation approved by the Bankruptcy Court, you are required to timely remit the sum of $390.00 to the Association each month comprising common expense assessments and an additional sum of $250.00. However, it is our understanding that you have failed to transmit any money to the Association in November or December, 2023.

      Consequently, unless you remit the sum of $780.00 directly to the Association within ten (10) days from the date of this letter, and timely pay the sum of $390.00 to the Association when due on January 1, 2024, the Association shall be constrained to file a Certification of Default from the terms of the Stipulation with the Bankruptcy Court.

      We trust that this shall not be necessary and that you shall forward all required payments to the Association in a timely manner.

                              Very truly yours,

                              GAWTHROP GREENWOOD, PC.

                              Elliot H. Berton

EHB/dss
cc:    Michael A. Cataldo, Esquire (***via first class and e-mail***) (*mcataldo@ccpclaw.com*)