UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DENNIS E. NORD and DINA NORD | : | NO. 21-10004 AMC |

### CERTIFICATION OF SERVICE

This is to certify that in this case copies of all papers contained in the **Certificate of Counsel of Default** has been served upon the following persons, by the following means and on the date(s) stated:

| Name: | Means of Service | Date of Service |
|---|---|---|
| Michael A. Cataldo, Esquire<br>Cibik & Catlado, PC<br>1500 Walnut Street; Suite 900<br>Philadelphia, PA  19102 | Via First-Class & E-Mail<br>mcataldo@ccpclaw.com | January 8, 2024 |
| Kenneth E. West, Esquire<br>Chapter 13 Trustee<br>PO Box 1229<br>Philadelphia, PA  19105 | Via First-Class Mail | January 8, 2024 |
| Office of the United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street; Suite 320<br>Philadelphia, PA  19107 | Via First-Class Mail | January 8, 2024 |
| Dennis E. Nord<br>Dina Nord<br>2323 Roma Drive,<br>Philadelphia, PA  19145 | Via First-Class Mail | January 8, 2024 |

GAWTHROP GREENWOOD, PC

Date:  1/8/24         By: _____
Elliot H. Berton, Esquire (#53060)
Gawthrop Greenwood, PC
1273 Lancaster Avenue
Berwyn, PA  19312