United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-10004-amc

Dennis E. Nord                                                                                Chapter 13

Dina Nord

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis E. Nord, Dina Nord, 2323 Roma Drive, Philadelphia, PA 19145-5538 |
| cr | + | Siena Place Community Association, c/o Elliot H. Berton, Esquire, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ELLIOT H BERTON | on behalf of Creditor Siena Place Community Association eberton@gawthrop.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                          Page 2 of 2
Date Rcvd: Jan 30, 2024                       Form ID: pdf900                      Total Noticed: 2

MICHAEL A. CIBIK

on behalf of Debtor Dennis E. Nord mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL A. CIBIK

on behalf of Joint Debtor Dina Nord mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL J. SHAVEL

on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Spruce Hill Mortgage Loan Trust A
mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
**DENNIS E. NORD and** : **NO. 21-10004 AMC**
**DINA NORD**

## O R D E R

**AND NOW,** this 30th day of January , 2024, upon consideration of the Certificate of Counsel of Default from a Stipulation in Lieu of Objections to Amended Chapter 13 Plan filed by counsel for Siena Place Community Association, and any response thereto:

1. Consistent with paragraph 6 of the Stipulation, Siena Place Community Association is hereby granted relief from the automatic stay pursuant to 11 U.S.C. §362(d), and may exercise its state law rights to enforce its lien against g the real estate known as and located at 2323 Roma Drive, Philadelphia, PA 19145.

2. In addition, pursuant 11 U.S.C. §523(a)(16), the Association may institute proceedings to secure a Judgment for fees or assessments which became due and payable after the Order for Relief in the above-referenced case.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge

COPIES TO:

Michael A. Cataldo, Esquire
Cibik & Catlado, PC
1500 Walnut Street; Suite 900
Philadelphia, PA 19102

Dennis E. Nord and Dina Nord
2323 Roma Drive
Philadelphia, PA 19145

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street; Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Elliot H. Berton, Esquire
Gawthrop Greenwood, PC
1273 Lancaster Avenue
Berwyn, PA 19312