B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Dennis E. Nord, Dina Nord          ,          Case No.  21-10004

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Carrington Mortgage Services, LLC | Barclays Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Phone: (800) 561-4567
Last Four Digits of Acct #: 6889

Court Claim # (if known): 5
Amount of Claim: $489,633.89
Date Claim Filed: 01/28/2021

Phone: (800) 561-4567
Last Four Digits of Acct. #: 6889

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Randall Miller                              Date: 02/09/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

In Re:

Dennis E. Nord,
Dina Nord,

      Debtor

Case No: 21-10004 - Chapter: 13
Judge: Ashely M. Chan

## CERTIFICATE OF SERVICE

    The undersigned states that on February 9, 2024, copies of the **Transfer of Claim** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Dennis E. Nord<br>Dina Nord<br>2323 Roma Drive<br>Philadelphia, PA 19145 | Debtor's Attorney<br>MICHAEL A. CIBIK<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Chapter 13 Trustee<br>Kenneth E. West<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 |
| | | U.S. Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200