UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Dennis E. Nord**<br>**Dina Nord**<br>      Debtor | CHAPTER 13<br><br>CASE NO.: 21-10004-amc<br><br>HEARING DATE: 03/12/2024<br>TIME: 11:00am<br>LOCATION: Courtroom #4 |

CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Motion of Carrington Mortgage Services, LLC and (ii) Notice of Motion and proposed form of Order in the manner indicated below:

**Dennis E. Nord**
2323 Roma Drive
Philadelphia, PA 19145
**Debtor**
Via Regular Mail

**Dina Nord**
2323 Roma Drive
Philadelphia, PA 19145
**Debtor**
Via Regular Mail

**Michael A. Cibik, Esquire**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**Debtor's Counsel**
Via ECF

**Kenneth E. West**
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee**
Via ECF

**United States Trustee**
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
**U.S. Trustee**
Via ECF

Dated: February 14, 2024

*By:  /s/ Angela C. Pattison*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com