# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Dennis E. Nord**<br>**Dina Nord**<br><br>Debtors | CHAPTER 13<br><br>CASE NO.: 21-10004-amc<br><br>HEARING DATE: 03/12/2024<br><br>TIME: 11:00am |

## CERTIFICATE OF NO RESPONSE

TO THE HONORABLE ASHELY M. CHAN, UNITED STATES BANKRUPTCY JUDGE

I, Angela C. Pattison, Esquire, of the law firm of Hill Wallack LLP, do hereby certify that:

1. On **February 13, 2024,** Hill Wallack LLP ("Hill Wallack"), counsel to **Carrington Mortgage Servicing, LLC** ("Movant") filed a Motion for Relief From Stay under provisions of 11 U.S.C. §362(a) ("Motion") regarding 2323 Roma Dr, Philadelphia, PA 19145 [Doc. # 160] in the above-entitled matter.

2. On **February 13, 2024**, a copy of the Motion was served upon the appropriate parties in interest as more fully set forth in the Service List filed with the Motion.

3. No Objections were filed to the Motion.

**WHEREFORE**, Movant hereby respectfully requests that this Court enter an Order granting the Motion.

Date: March 6, 2024

By:  /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Phone: 856-616-8086
Email: apattison@hillwallack.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

IN RE:

**Dennis E. Nord**
**Dina Nord**

Debtors

CHAPTER 13

CASE NO.: 21-10004-amc

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of Certificate of No Response to Motion of Carrington Mortgage Servicing, LLC for Relief From Stay in the manner indicated below on March 6, 2024:

**Dennis E. Nord**
2323 Roma Drive
Philadelphia, PA 19145
**Debtor**
Via Regular Mail

**Dina Nord**
2323 Roma Drive
Philadelphia, PA 19145
**Debtor**
Via Regular Mail

**Michael A. Cibik, Esquire**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**Debtor's Counsel**
Via ECF

**Kenneth E. West**
Office of The Chapter 13
Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107
Standing Chapter 13 Trustee
Via ECF

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
U.S. Trustee
Via ECF

Respectfully submitted,

By: <u>/s/ Angela C. Pattison</u>
Angela C. Pattison, Esq.