# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Dennis E. Nord** <br> **Dina Nord** <br> Debtor | CASE NO.: 21-10004-amc <br><br> HEARING DATE: 03/12/2024 <br> TIME: 11:00am <br> LOCATION: Courtroom #4 |

## ORDER FOR RELIEF

AND NOW, this __14th__ day of __March__, 2024, upon the Motion of Carrington Mortgage Services, LLC ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 2323 Roma Dr, Philadelphia, PA 19145 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
**Ashely M. Chan**
**United States Bankruptcy Judge**