United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 21-10004-amc

Dennis E. Nord                                                                              Chapter 13

Dina Nord

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                      Page 1 of 6

Date Rcvd: Apr 02, 2024                   Form ID: pdf900                           Total Noticed: 101

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis E. Nord, Dina Nord, 2323 Roma Drive, Philadelphia, PA 19145-5538 |
| cr | + | Siena Place Community Association, c/o Elliot H. Berton, Esquire, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 14580377 | + | 2016 E. Cumberland St, LLC, 8470 Limekiln Pike, Suite 1213, Wyncote, PA 19095-2738 |
| 14583439 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY,Trustee for S, c/o Andrew Spivack,Esquire, 302 Fellowship Road, Suite 130, Mount Laurel NJ 08054-1218 |
| 14580392 | + | David Dean, Esq, 6 COULTER AVENUE, SUITE 1000, Ardmore, PA 19003-2335 |
| 14580393 | + | Elliot Berton, Esquire, Sterven L Sugarman & Associates, 1273 Lancaster Ave, Berwywn Pa 19312-1244 |
| 14590662 | + | GPS Properties, GPS Holdings,LLC, Gordon Stein, 340 Arbor Lane, Ambler PA 19002-3600 |
| 14580401 | #+ | Hill Wallack, LLC, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| 14580405 | + | Matthew & Madeleine Ciaudelli, 1142 N. Orianna Street, Philadelphia, PA 19123-2270 |
| 14583687 | + | NPRTO North-East, LLC, ATTN: 1059, PO BOX 35146, Seattle, WA 98124-5146 |
| 14580409 | + | Nord General Construction LLC, 2323 Roma Drive, Philadelphia Pa 19145-5538 |
| 14580410 | + | Nordco General Construction LLC, 2323 Roma Drive, Philadelphia Pa 19145-5538 |
| 14580411 | + | Nordco General Contractors LLC, 2323 Roma Drive, Philadelphia, Pa 19145-5538 |
| 14580413 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14583228 | + | PHH Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14580417 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14588804 | + | Siena Place Community Association, c/o Elliot H. Berton, Esquire, Steven L. Sugarman & Associates, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |
| 14588937 | | Siena Place Community Association, c/o CAMCO Manangment Company, Attn:Stacy Maus, 501 West Center OFfice Drive, Suite 220 Ft.Washington PA 19034 |
| 14580419 | | Siennba Place Community Association, c/o Camco Management Co., 51 West Chestere Pike, Havertown Pa 19083 |
| 14579326 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o HILL WALLACK, LLP., 777 Township Line Road, Suite 250,, Yardley, PA 19067-5565 |
| 14574622 | #+ | Wilmington Savings Fund Society, FSB, as Trustee o, c/o Michael J. Shavel, Esquire, Hill Wallack LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |

TOTAL: 21

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0313-2                    User: admin                    Page 2 of 6

Date Rcvd: Apr 02, 2024                 Form ID: pdf900                 Total Noticed: 101

| | | | |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2024 00:25:44 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14587214 | + Email/Text: g20956@att.com | Apr 03 2024 00:18:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14580378 | + Email/Text: backoffice@affirm.com | Apr 03 2024 00:18:00 | Affirm, Inc., Attn: Bankruptcy, PO Box 720, San Francisco, CA 94104-0720 |
| 14580482 | + Email/Text: ally@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Ally Bank, c/o AIS Portfolio Services, LP, PO BOX 78367, Phoenix AZ 85062-8367 |
| 14575456 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2024 00:25:38 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14575753 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2024 00:25:39 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14580479 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14580379 | + Email/Text: ally@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14577896 | Email/Text: ally@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14578532 | Email/Text: ally@ebn.phinsolutions.com | Apr 03 2024 00:17:00 | Ally Financial, Payment Processing Center, PO Box 78369, Phoenix AZ 850628369 |
| 14580380 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2024 00:17:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14658248 | Email/Text: BKBCNMAIL@carringtonms.com | Apr 03 2024 00:17:00 | Barclays Bank PLC, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| 14580382 | Email/Text: BKBCNMAIL@carringtonms.com | Apr 03 2024 00:17:00 | Carrington Mortgage Services, Attn: Bankruptcy, PO Box 3730, Anaheim, CA 92806 |
| 14853904 | Email/Text: BKBCNMAIL@carringtonms.com | Apr 03 2024 00:17:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92803 |
| 14580386 | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14580387 | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14580381 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:25:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14583792 | + Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14583794 | + Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14583882 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2024 00:25:44 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14580384 | + Email/Text: ecf@ccpclaw.com | Apr 03 2024 00:17:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

| | | | |
|---|---|---|---|
| 14580388 | + | Email/Text: bankruptcy@philapark.org | |
| | | Apr 03 2024 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14580389 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 03 2024 00:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14580390 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 03 2024 00:17:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 14580391 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Apr 03 2024 00:25:38 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14579062 | | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Apr 03 2024 00:17:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY et al., PHH Mortgage / Attn: Bankruptcy Departme, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14579312 | + | Email/Text: BKEBN-Notifications@ocwen.com | |
| | | Apr 03 2024 00:17:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY et al., PHH Mortgage / Attn: Bankruptcy Departme, P.O. Box 5469, Mount Laurel NJ 08054-5469 |
| 14580394 | | Email/Text: bankruptcycourts@equifax.com | |
| | | Apr 03 2024 00:17:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14580395 | ^ | MEBN | |
| | | Apr 03 2024 00:13:23 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14586304 | | Email/Text: EBNBKNOT@ford.com | |
| | | Apr 03 2024 00:18:00 | Ford Motor Credit Company LLC, Dept 55953, PO Box 55000, Detroit MI 48255-0953 |
| 14585730 | | Email/Text: EBNBKNOT@ford.com | |
| | | Apr 03 2024 00:18:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14580396 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Apr 03 2024 00:25:44 | First Premier Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14864838 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | Apr 03 2024 00:25:32 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14865103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | |
| | | Apr 03 2024 00:25:38 | Ford Motor Credit Company, LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14593500 | | Email/Text: gordon.p.stein@gmail.com | |
| | | Apr 03 2024 00:17:00 | Gordon Stein, 340 Arbor Lane, Ambler, PA 19002 |
| 14580398 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Apr 03 2024 00:18:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14580400 | + | Email/Text: hannlegal@hannfinancial.com | |
| | | Apr 03 2024 00:17:00 | Hann Financial Service, One Center Drive, Jamesburg, NJ 08831-1564 |
| 14587611 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 03 2024 00:17:00 | I.R.S., P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14580383 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Apr 03 2024 00:25:32 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14590243 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Apr 03 2024 00:17:00 | Kohl's c/o Peritus Portfolio Services, P.O. Box 141509, Irving, TX 75014-1509 |
| 14580403 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Apr 03 2024 00:17:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14575856 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 03 2024 00:25:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14580404 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Apr 03 2024 00:18:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14588509 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Apr 03 2024 00:25:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14580406 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Apr 03 2024 00:25:44 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |

District/off: 0313-2 | User: admin |  
Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 101

| | | | | |
|---|---|---|---|---|
| 14580407 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2024 00:17:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14579749 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2024 00:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14583480 | + | Email/Text: ecfbankruptcy@progleasing.com | Apr 03 2024 00:17:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14580412 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14580414 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | PHH Mortgage, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14758977 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | PHH Mortgage Corporation, ATTN Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14583229 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14580415 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14758978 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 03 2024 00:17:00 | PHH Mortgage Services, PO Box 24781, ATTN: SV 19, West Palm Beach, FL 33416-4781 |
| 14580416 | + | Email/Text: bankruptcy@philapark.org | Apr 03 2024 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14587755 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2024 00:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 772813, Chicago IL 60677-2813 |
| 14587510 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 03 2024 00:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14581354 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14581023 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14589408 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 2489, Kirkland, WA 98083-2489 |
| 14589213 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14582375 | | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14582464 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 03 2024 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14580418 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2024 00:25:32 | Resurgent Capital Services, Attn: Bankruptcy, POB 10497, Greenville, SC 29603-0497 |
| 14580420 | ^ | MEBN | Apr 03 2024 00:13:25 | Stern and Eisenberg, LLP, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14580421 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 00:25:38 | Syncb/walmart, P.O. Box 965012, Orlando, FL 32896-5012 |
| 14588092 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

District/off: 0313-2                                  User: admin                                            Page 5 of 6
Date Rcvd: Apr 02, 2024                          Form ID: pdf900                                Total Noticed: 101

|  |  |  | 23541-1021 |
|---|---|---|---|
| 14588544 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2024 00:25:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14794746 | + Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:32 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794747 | Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:32 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14580422 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 14580423 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2024 00:25:32 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14580424 | Email/Text: DASPUBREC@transunion.com | Apr 03 2024 00:17:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14588035 | + Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14580425 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 03 2024 00:17:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14588050 | Email/PDF: ebn_ais@aisinfo.com | Apr 03 2024 00:25:35 | Verizon, by American InfoSource as agent, PO BOX 4457, Houston TX 77210-4457 |

TOTAL: 80

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Barclays Bank PLC |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806 |
| cr | *P++ | GPS HOLDINGS LLC GPS PROPERTIES LLC, ATTN GORDON STEIN, 340 ARBOR LANE, AMBLER PA 19002-3600, address filed with court:, Gordon Stein, 340 Arbor Lane, Ambler, PA 19002 |
| cr | *+ | Matthew & Madeleine Ciaudelli, 1142 N.Orianna Street, Philadelphia, PA 19123-2270 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14580385 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14580397 | *+ | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14864840 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14580402 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14580408 | *+ | Midland Funding Llc, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14583440 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14580399 | ##+ | GPS Properties, LLC, 237 E. Thompson Street, Philadelphia, PA 19125-3224 |

TOTAL: 1 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| ELLIOT H BERTON | on behalf of Creditor Siena Place Community Association eberton@gawthrop.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Dennis E. Nord help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Dina Nord help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Trustee of Spruce Hill Mortgage Loan Trust A mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     DENNIS E. NORD | |
|     DINA  NORD | Bankruptcy No. 21-10004-AMC |
|              Debtors | |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge